IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC YOUNG,

       Plaintiff,                    No. CIV S-06-00461 ALA P

      vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION,
et al.,

       Defendants.               <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983

      On August 16, 2007, this court dismissed Plaintiff's complaint.  Plaintiff was granted thirty days from the date of service of that order to file an amended complaint.  Plaintiff has failed to do so.

      Therefore, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

DATED: September 27, 2007

                                               /s/ Arthur L. Alarcón
                                             UNITED STATES CIRCUIT  JUDGE
                                             Sitting by Designation

1